## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13-mj-45-JHR-1 |
| | ) | |
| MICHEL D'ANGELO, | ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

On this date, the defendant appeared with counsel. The defendant has been charged in a criminal complaint with one count of bank robbery and aiding and abetting in violation of 18 U.S.C. §§ 2113(a) and 2. The defendant waived his right to a preliminary examination, thus conceding the existence of probable cause to believe that he committed the offense charged. The defendant also waived his right to a detention hearing and consented to being detained pending trial. After due inquiry, I concluded that the defendant's waiver and consent were made voluntarily and knowingly, and I accepted the same. Accordingly, I **_ORDER_** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person

in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

Dated this 11th day of April, 2013.

                                          /s/  John H. Rich III
                                          John H. Rich III
                                          United States Magistrate Judge